<div style="text-align:center">

The Law Office Of
# STEVEN A. MORELLI
1461 Franklin Avenue, Garden City, New York 11530

</div>

Tel: 516-393-9151                                                             Fax: 516-280-7528

---

September 26, 2011

*Via ECF*

Hon. Judge Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Steve Ideyi v. Salvatore Sclafani (11-CV-3948) (ENV)(MDG)*

Dear Judge Vitaliano:

    This firm represents Plaintiff Steve Ideyi in the above referenced matter, and we write in response to Defendant's letter, dated September 19, 2011, requesting a pre-motion conference.

    Plaintiff recognizes that it may be necessary to amplify his claims by asserting additional factual allegations. Federal Rule 15(a) provides that an amendment as of right may be made at any time prior to the service of a responsive pleading. Cortec Indus., Inc. v. Sum Holding L.P., 949, F.2d 48 (2d Cir. 1991). Here, Defendant has not yet served a responsive pleading. As such, Plaintiff respectfully requests a short leave, so that he may file an Amended Complaint in this Action, and effect proper service upon Defendant.

    Thank you for your time and consideration regarding this matter.

<div style="margin-left:50%">

Very Truly Yours,

*/s/ Joshua Beldner*
Joshua Beldner

</div>